**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MONICA VIVIENNE RIOTT,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 1:21-cv-00678-AWI-HBK<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND REMANDING MATTER**<br><br>**(Doc. Nos. 15, 16, 18)** |

Pending before the Court is the parties' Joint Motion to Remand filed on July 7, 2022. (Doc. No. 16). Plaintiff Monica Vivienne Riott and the Commissioner of Social Security agree that this case should be remanded for further administrative proceedings under sentence four of 42 U.S.C. § 405(g). (*Id*. at 1-2).

On July 12, 2022, the assigned magistrate judge issued a findings and recommendations recommending that the Clerk assign this case to a district court judge and that the district court approve the joint stipulation and remand the matter for further proceedings. (Doc. No. 18). No party filed objections to the findings and recommendations and the time to do so has expired. (*See* docket).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court conducted a de novo review of this case. Having reviewed the entire file, the court concludes the findings and recommendation are supported by the record and by proper analysis.

**<u>ORDER</u>**

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on July 12, 2022 (Doc. No. 18), are ADOPTED in full;
2. The parties' Joint Motion to Remand (Doc. No. 16) is GRANTED;
3. Plaintiff's appeal from the decision of the Commissioner of Social Security is GRANTED;
4. This matter is REMANDED pursuant to the parties' joint stipulation and sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with this decision;
5. The Clerk of the Court is DIRECTED to enter judgment in favor of Plaintiff Monica Vivienne Riott and against Defendant Commissioner of Social Security and to CLOSE this action; and
6. Plaintiff's motion for summary judgment (Doc. No. 15) is DENIED as moot.

IT IS SO ORDERED.

Dated:  July 28, 2022

SENIOR DISTRICT JUDGE

2